UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP E. BURNS,

        Plaintiff,

    v.

FAY SERVICING, LLC, et al.,

        Defendants.

Case No. 26-cv-03610-WHO

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED SUA SPONTE**

This case was removed solely on the basis of federal question jurisdiction. Dkt. No. 1, ¶ 6. I have reviewed the Notice of Removal and the briefing on defendants' motion to dismiss, which focuses exclusively on state law. All of the causes of action alleged in the Complaint are based on state law. *See* Dkt. No. 1-1. Defendants are correct that in the Prayer for Relief, plaintiff appears to seek damages and or recission under the Federal Truth in Lending Act ("TILA," 15 U.S.C. § 1601 *et seq*.). But there is **no** substantive allegation of a violation of TILA in the Complaint, and federal law is mentioned only as one of a number of possible predicate acts for an illegal prong claim under California's Unfair Competition Law. *See* Dkt. No. 1-1 ¶ 72. That, however, is insufficient to create federal question jurisdiction. *See Lippitt v. Raymond James Fin. Servs., Inc.*, 340 F.3d 1033, 1043 (9th Cir. 2003), as amended (Sept. 22, 2003) (no federal question jurisdiction where an unlawful prong 17200 claim could be satisfied by either state or federal law). Whatever remedy plaintiff may be entitled to as a matter of state law appears to me to be a matter more appropriately determined in state court.

Plaintiff is ORDERED TO SHOW CAUSE by filing a statement within ten (10) days of

the date of this Order confirming that he does not intend to state a claim under TILA or any other federal law. Defendants may file a response, justifying federal subject matter jurisdiction, within five days thereafter. The matter of jurisdiction will then be under submission. If I determine jurisdiction exists, I will reset the hearing on the motion to dismiss. At this juncture, the June 24, 2026 hearing on the motion to dismiss is VACATED.

**IT IS SO ORDERED.**

Dated: May 27, 2026



_____
William H. Orrick
United States District Judge

United States District Court
Northern District of California