UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP E. BURNS,

Plaintiff,

v.

FAY SERVICING, LLC, et al.,

Defendants.

Case No. 26-cv-03610-WHO

**ORDER REMANDING CASE**

Plaintiff responded to the Order to Show Cause ("OSC") confirming that he did not and would not plead a cause of action under the Truth in Lending Act ("TILA," 15 U.S.C. § 1601 *et seq*.) or any other federal statute. Dkt. No. 23. As explained in the OSC, the fact that plaintiff invokes TILA as one of many bases for potential liability under California's Unfair Competition Law does not create federal question jurisdiction. *See* Dkt. No. 21. Plaintiff's reference to remedies provided by TILA in his prayer for relief similarly does not create federal question jurisdiction. What remedies, if any, plaintiff might be entitled to under his state law causes of action will be determined by the state court on remand.

This case is REMANDED to Humboldt County Superior Court.

**IT IS SO ORDERED.**

Dated: June 19, 2026

William H. Orrick
United States District Judge